**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JASHAWN SANDERS**                                                                                                **PLAINTIFF**

**V.**                               **Case No. 4:24-cv-796 JM**

**LOUIS DEJOY, Postmaster
General and UNITED STATES
POSTAL SERVICE**                                                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 12th day of December, 2024.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE